Ruth Fox, as Administratrix of the Estate of William H. Fox, Deceased, Appellant, *v.* Tice Towing Line, Inc., Respondent.

Argued April 30, 1942; decided June 4, 1942.

664

*Abraham M. Fisch* for appellant.

*C. B. M. O' Kelley, Chauncey I. Clark* and *George F. Tinker* for respondent.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event. The evidence presented questions of fact both as to whether the negligence of the defendant was a proximate cause of the accident, and as to whether plaintiffs' intestate was free from contributory negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.